IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD JENKINS,

    Petitioner,           No. CIV S-08-3083 GGH P

    vs.

JAUQUEZ, Warden,

    Respondents.      <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, this petition appears to be wholly duplicatve of CIV S-08-3082 GGH P, wherein petitioner challenges exactly the same Sacramento County Superior Court conviction on May 2, 2005 for assault and battery counts for which petitioner was sentenced to a term of 22 years and four months. Both petitions were filed in this court on the same day, December 19, 2008. It appears that petitioner may have confused the Clerk's Office by using two separate petition forms challenging the same conviction. This case will be dismissed as duplicative and the petition filed in this case will instead be filed in Case No. CIV S-08-3082 GGH P, as an amended petition.

/////

/////

Accordingly, IT IS ORDERED that:

1. The filings in this case be incorporated within Case No. CIV S-08-3082, with the original petition in this case, No. CIV S-08-3083 GGH P, deemed an amended petition in the case docket of No. CIV S-08-3082; and

2. The Clerk's Office close this action as wholly duplicative of Case No. CIV S-08-3082.

DATED: January 5, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
jenk3083.dis